1   ALICIA A.G. LIMTIACO
    United States Attorney
2   RAMI S. BADAWY
    Assistant U.S. Attorney
3   P.O. Box 500377
    Horiguchi Building, Third Floor
4   Saipan, MP 96950
    TEL: (670) 236-2980
5   FAX: (670) 236-2985

6   Attorneys for the United States of America

**F I L E D**
Clerk
District Court

MAY 29 2012

For The Northern Mariana Islands
By_____
(Deputy Clerk)

7

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

8

9   **UNITED STATES OF AMERICA,**

10            **Plaintiff,**

11            **vs.**

12   **CHANG RU MENG BACKMAN,**

13            **Defendant.**

14

CRIMINAL CASE NO. CR **12-00015**

**INDICTMENT**

Counts One – Three: Sex Trafficking by
Force, Fraud, or Coercion (18 U.S.C. §
1591(a)(1))

Counts Four – Six: Alien Smuggling –
Harboring (8 U.S.C. § 1324(a)(1)(A)(iii),
(v)(II) & (B)(i))

15

16   **THE GRAND JURY CHARGES:**

17

18                 Introduction

19     At all times relevant to this Indictment:

20     1.    **CHANG RU MENG BACKMAN** operated the "Holiday Night Club," a karaoke

21 bar located on the second floor of a building in Chalan Kanoa Village, which also provided

22 sexual services for an added fee.

23     2.    Defendant **CHANG RU MENG BACKMAN** received money from customers of

24

1   the "Holiday Night Club" for sexual services performed by women at her direction.  Sex acts

2   performed by these women generally took place in rooms where the women lived in a barracks

3   adjacent to the "Holiday Night Club" procured by **CHANG RU MENG BACKMAN**.

4       3.      Defendant **CHANG RU MENG BACKMAN,** among other things, provided the

5   women with condoms, generally received money directly from customers and, on occasion,

6   transported the women to and from the "Holiday Night Club" to various locations for customers

7   to engage in sex acts with women at the direction of **CHANG RU MENG BACKMAN**.

8       4.      Q.H., X.L., and D.Z. (hereinafter collectively referred to as the Victims) were and

9   are female citizens of the People's Republic of China (China) who traveled to the

10  Commonwealth of the Northern Mariana Islands (the CNMI) in August of 2008 based upon

11  promises by unnamed persons, of employment at a hotel or a farm on Saipan.

12

13  **COUNTS ONE – THREE**<br>Sex Trafficking by Force, Fraud, or Coercion

14      5.      Paragraphs 1 through 4 of this Indictment, as well as all subsections, are re-

15  alleged and incorporated by reference as though fully set forth herein.

16      6.      From on or about August 8, 2008, to on or about March 2009, within the District

17  of the Northern Mariana Islands and elsewhere, **CHANG RU MENG BACKMAN,** the

18  defendant, aiding in or affecting interstate or foreign commerce, knowingly recruited, enticed,

19  harbored, transported, provided, obtained, and maintained by any means, the persons named

20  below by count, and did benefit financially and by receiving a thing of value from participation

21  in a venture engaged in such acts,  while knowing or in reckless disregard of the fact that force,

22  threats of force, fraud or coercion would be used to cause that person to engage in a commercial

23  sex act.

24

**Count Two:**  Q.H.

**Count Three:**  X.L.

**Count Four:**  D.Z.

All in violation of Title 18, United States Code, Sections 1591(a)(1).

## COUNTS FOUR – SIX
Alien Smuggling – Harboring

7.     Paragraphs 1 through 6 of this indictment, as well as all subsections, are re-alleged and incorporated by reference as though fully set forth herein.

8.     Defendant **CHANG RU MENG BACKMAN**, with help from others, housed the Victims after they arrived in the District of the Northern Mariana Islands, after their Visitors' Entry Permits expired.

9.     On or about August 27, 2008, Q.H.'s Visitor's Entry Permit expired.

10.    On or about August 27, 2008, X.L.'s Visitor's Entry Permit expired.

11.    On or about August 27, 2008, D.Z.'s Visitor's Entry Permit expired.

12.    From on or about August 2008, to on or about March 2009, within the District of the Northern Mariana Islands, Defendant **CHANG RU MENG BACKMAN** and others known and unknown to the Grand Jury, aiding and abetting each other, knowing or in reckless disregard of the fact that the aliens named below by count had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such aliens in buildings and other places for the purpose of commercial advantage and private financial gain, that is by housing the aliens after the aliens' Visitors' Entry Permits had expired.

**Count Four**: Q.H.

**Count Five**: X.L.

**Count six**: D.Z.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (v)(II) & (B)(i).

Dated this 29th day of May, 2012.

A TRUE BILL.

_____
Foreperson

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the N.M.I.

By: _____
RAMI S. BADAWY
Assistant United States Attorney